UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN RUIZ,<br><br>   Petitioner,<br><br>  v.<br><br>WARDEN BUSBY,<br><br>   Respondent. | No. EDCV 10-1268-VBF(CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. No written Objections to the Report have been filed. The Court accepts the findings and recommendation of the Magistrate Judge. **IT IS THEREFORE ORDERED** that judgment be entered dismissing this action, without prejudice, for failure to exhaust state court remedies.

DATED: 1/16/2013

_____
VALERIE BAKER FAIRBANK
United States District Judge