UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN RUIZ, | No. EDCV 10-1268-VBF(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN BUSBY, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, without prejudice, for failure to exhaust state court remedies.

DATED: 1/16/2013

_____
VALERIE BAKER FAIRBANK
United States District Judge